# Invoice

**Maxine J. Risty Court Reporting**
48390 266th Street
Brandon, SD 57005
(605) 757-7144

| DATE | INVOICE # |
|---|---|
| 5/31/2011 | 3110513 |

*36308*

PAID FEB 6 2012

| BILL TO |
|---|
| Mr. Sander Morehead |
| Woods Fuller Law Firm |
| PO Box 5027 |
| Sioux Falls, SD 57117 |

| DESCRIPTION | AMOUNT |
|---|---|
| 5-11-11 deposition of Heath Johnson re: Superior Ind. v. Masaba, CIV 10-00764 | 0.00 |
| transcript copy | 300.00 |
| exhibit copies | 154.86 |// 
| Subtotal | 454.86 |
| 6% Tax | 27.29 |
| Total | 482.15 |

# Invoice

**PRAIRIE REPORTING**
P.O. BOX 2008
SIOUX FALLS, SD 57101
(605) 321-4906

| DATE | INVOICE # |
|---|---|
| 6/8/2011 | 3295 |

| BILL TO | CASE CAPTION |
|---|---|
| Sander Morehead<br>Woods, Fuller, Shultz & Smith<br>P.O. Box 5027<br>Sioux Falls, SD 57117 | Superior v Masaba |

| JOB DATE | TAX ID NUMBER |
|---|---|
| 5/25/2011 | 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 |

| DESCRIPTION | AMOUNT |
|---|---|
| Original and 1 Copy of th Deposition of Brent Gausman | 504.00 |
| Appearance Fee for 5-25-11 | 350.00 |
| Original and 1 Copy of the Deposition of Jarrod Felton | 490.00 |
| Appearance Fee for 5-26-11 | 350.00 |

Thank you for your business!

| | |
|---|---|
| Subtotal | 1,694.00 |
| 6% Tax | 101.64 |
| Total | 1,795.64 |

# Beck

P.O. Box 1899
Sioux Falls, SD 57101-1899
voice: 605.332.1272
email: stenopat@sio.midco.net

EIN 32-0199486

Sander J. Morehead
Woods, Fuller, Shultz & Smith
P.O. Box 5027
Sioux Falls, SD  57117-5027

# Invoice

| Date | Invoice # |
|---|---|
| 6/4/2011 | 13402 |

| Description | Amount |
|---|---|
| Superior Industries v. Masaba, Inc. <br> 5-23-11 Depositions of Jarrod Felton, Micah Zeltwanger <br> 5-24-11 Deposition of David Evink | |
| Original/Copy (Felton, Zeltwanger & Evink - 436) | 1,504.20T |
| Attendance (2 days/mileage/travel) | 600.00T |
| Exhibits (1,055 pages) | 263.75T |
| out of state | 0.00 |
| **Total** | **$2,367.95** |

Accounts over 30 days past due may be subject to a 1.5% service charge per month.

Registered Merit Reporter
National Court Reporters Association
South Dakota Court Reporters Association

36308-TRS

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 84078 | 6/23/2011 | 36489 |

| Job Date | Case No. |
|---|---|
| 6/20/2011 | |

| Case Name |
|---|
| Superior Industries, Inc. vs. Masaba, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

**BENCHMARK**
*A Reporting Agency*

*Discover the art of service!*
222 South Ninth Street, Suite 450
Minneapolis, MN 55402
tel 612.338.3376 fax 612.338.5226
www.benchmark-reporting.com

Tim R. Shattuck
Woods, Fuller, Shultz & Smith, P.C.
300 South Phillips Avenue  Suite 300
Sioux Falls, SD 57104

---

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Jared Higman                                                                                    321.90

                                                   TOTAL DUE >>>         $321.90
                                                   AFTER 7/23/2011 PAY   $370.19

Benchmark has gone GREEN!

All invoices are provided in electronic format, directed to the ordering attorney from your firm. If there is a different email address where
we should direct the billing or if you prefer paper billing, please email: info@benchmark-reporting.com.

Thank you for helping us keep the trees in the forest!!

PAID JUN 2 9 2011

---

**Tax ID:** 41-1224131

Phone: 605-336-3890  Fax: 605-339-3357

*Please detach bottom portion and return with payment.*

36308-TRS



Discover the art of service!
222 South Ninth Street, Suite 450
Minneapolis, MN 55402
tel 612.338.3376 fax 612.338.5226
www.benchmark-reporting.com

Tim R. Shattuck
Woods, Fuller, Shultz & Smith, P.C.
300 South Phillips Avenue   Suite 300
Sioux Falls, SD  57104

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 84125 | 7/1/2011 | 36484 |
| Job Date | Case No. | |
| 6/22/2011 | | |
| Case Name | | |
| Superior Industries, Inc. vs. Masaba, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Todd Uphoff

PAID JUL 11 2011

274.45

TOTAL DUE >>>     $274.45
AFTER 7/31/2011  PAY     $315.62

Benchmark has gone GREEN!

All invoices are provided in electronic format, directed to the ordering attorney from your firm.  If there is a different email address where
we should direct the billing or if you prefer paper billing, please email:  info@benchmark-reporting.com.

Thank you for helping us keep the trees in the forest!!

Tax ID: 41-1224131                                                                          Phone: 605-336-3890   Fax:605-339-3357

*Please detach bottom portion and return with payment.*

Tim R. Shattuck
Woods, Fuller, Shultz & Smith, P.C.
300 South Phillips Avenue   Suite 300
Sioux Falls, SD  57104

Remit To:   Benchmark Reporting Agency, Inc.
            222 South Ninth Street, Suite 450
            Minneapolis, MN  55402

Job No.      : 36484           BU ID       : 1-MAIN
Case No.     :
Case Name    : Superior Industries, Inc. vs. Masaba, Inc.

Invoice No.  : 84125           Invoice Date   : 7/1/2011
Total Due    : $274.45
AFTER 7/31/2011 PAY $315.62

PAYMENT WITH CREDIT CARD                              VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

# Invoice

Maxine J. Risty Court Reporting
48390 266th Street
Brandon, SD 57005
(605) 757-7144

| DATE | INVOICE # |
|---|---|
| 7/21/2011 | 3110717 |

*36308*

P A I D  FEB  6 2012

| BILL TO |
|---|
| Mr. Sander Morehead |
| Woods Fuller Law Firm |
| PO Box 5027 |
| Sioux Falls, SD 57117 |

| DESCRIPTION | AMOUNT |
|---|---|
| 6-30-11 cont'd deposition of Heath Johnson taken in Sioux Falls, SD re: Superior Ind. v. Masaba, CIV 10-00764 | 0.00 |
|  | 0.00 |
| transcript copy | 100.50 |
| exhibit copies | 88.60 |
| Subtotal | 189.10 |
| 6% Tax | 11.35 |
| Total | 200.45 |

# STOUTEN & ASSOCIATES
## REGISTERED PROFESSIONAL REPORTERS
6285 Coyote Trail
Lino Lakes, MN  55014
Phone/Fax (651) 481-0108

DATE:   January 12, 2012

TO:  Mr. Tim R. Shattuck, Esq.            RE:  Superior vs. Masaba
     Woods, Fuller, Shultz & Smith, P.C.
     300 South Phillips Avenue
     Suite 300
     Sioux Falls, SD   57104            ORIGINAL INV. DATE:  8-25-11

DATE TAKEN:   8-19-11                     INVOICE NO:  LT68

---

REBILL for the original and one copy of the expedited deposition of:

MICHA ZELTWANGER..................................................................$1,564.75

---

## PLEASE MAKE CHECK PAYABLE TO:
Stouten & Associates
SSN 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



# STOUTEN & ASSOCIATES
## REGISTERED PROFESSIONAL REPORTERS
6285 Coyote Trail
Lino Lakes, MN  55014
Phone/Fax (651) 481-0108

DATE:   January 12, 2012

TO:  Mr. Tim R. Shattuck, Esq.          RE:   Superior vs. Masaba
     Woods, Fuller, Shultz & Smith, P.C.
     300 South Phillips Avenue
     Suite 300                          ORIGINAL INV. DATE:  8-30-11
     Sioux Falls, SD   57104

DATE TAKEN:   8-26-11                   INVOICE NO:  LT70

---

REBILL for the original and one copy of the expedited deposition of:

MELISSA SNELSON..................................................................$1,634.80

---

## PLEASE MAKE CHECK PAYABLE TO:
Stouten & Associates
SSN 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



# STOUTEN & ASSOCIATES
## REGISTERED PROFESSIONAL REPORTERS
6285 Coyote Trail
Lino Lakes, MN 55014
Phone/Fax (651) 481-0108

DATE: January 12, 2012

TO: Mr. Sander Morehead, Esq.  RE: Superior vs. Masaba
Woods, Fuller, Shultz & Smith
300 South Phillips Avenue
Suite 300  ORIGINAL INV. DATE: 10-17-11
Sioux Falls, SD 57117-5027

DATE TAKEN: 9-28-11  INVOICE NO: 3076

REBILL for the original and one copy of the deposition of:

PHILIP O'KEEFE, P.E...................................................................$1,180.65

## PLEASE MAKE CHECK PAYABLE TO:
Stouten & Associates
SSN 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





Discover the art of service!
222 South Ninth Street, Suite 450
Minneapolis, MN 55402
tel 612.338.3376  fax 612.338.5226
www.benchmark-reporting.com

# STATEMENT

| Account No. | Date |
|---|---|
| C14171 | 11/17/2011 |

| Current | 30 Days | 60 Days |
|---|---|---|
| $0.00 | $749.05 | $0.00 |
| 90 Days | 120 Days & Over | Total Due |
| $0.00 | $0.00 | $749.05 |

Sander J. Morehead
Woods, Fuller, Shultz & Smith, P.C.
300 South Phillips Avenue   Suite 300
Sioux Falls, SD  57104

Page 1 of 1

| Invoice Date | Invoice No. | Balance | Job Date | Witness | Case Name |
|---|---|---|---|---|---|
| 10/6/2011 | 85214 | 749.05 | 9/29/2011 | Frank J. Loeffler, Jr. | Superior Industries, Inc. vs. Masaba, Inc. |

Tax ID: 41-1224131                                                                 Phone: 605-336-3890   Fax: 605-339-3357

*Please detach bottom portion and return with payment.*

Sander J. Morehead
Woods, Fuller, Shultz & Smith, P.C.
300 South Phillips Avenue   Suite 300
Sioux Falls, SD  57104

Account No.  : C14171
Date         : 11/17/2011

Total Due    : $ 749.05

Remit To: Benchmark Reporting Agency, Inc.
          222 South Ninth Street, Suite 450
          Minneapolis, MN  55402

PAYMENT WITH CREDIT CARD                        VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

INVOICE



PH. 800-437-4744 | FARGO  BISMARCK  SIOUX FALLS
FAX 800-830-0280 | SIOUX CITY  OMAHA

RETURNED GOODS: Authorization should be obtained before returning goods for credit. If acceptable, all goods in saleable condition will be subject to a 15% restocking fee.
SHIPMENTS: Please note condition of goods before signing carriers receipt. All claims for loss or damage should be made to them. All claims for shortages must be made within 10 days.
F.O.B. POINT: ALL PRICES ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE STATED
TERMS: NET 30 DAYS    O R I G I N A L

| | | |
|---|---|---|
| TO: WOODS FULLER SCHULTZ & SMITH<br>300 SOUTH PHILLIPS #300<br><br>SIOUX FALLS  SD 57102 | | SHIP TO: WOODS FULLER SCHULTZ & SMITH<br>300 SOUTH PHILLIPS #300<br><br>SIOUX FALLS  SD 57102 |

| PAY CODE | INVOICE NUMBER | CUSTOMER NO. | INVOICE DATE | SOLD BY | SHIP VIA | P.O. NUMBER | FED I.D. NUMBER | PAGE |
|---|---|---|---|---|---|---|---|---|
| CHARGE | 760047-0 | 53350 | 04/20/12 | 200 | PU | | 45-0279818 | 1 |

| ITEM NUMBER | CO. | DESCRIPTION | QUANTITY ORDER | B/O | SHIP | UNIT PRICE | NET PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| GRAPHICS | | MTH LARGE COLOR GRAPHICS | 1 | | 1 | 43.200 LT | 43.200 | 43.20 |
| MOUNT | | MTH MOUNTING | 1 | | 1 | 51.000 LT | 51.000 | 51.00 |

*Donna Jahr* (signature)

36308 - TRS

PAID APR 24 2012

SEE A CURRENT LIST OF SPECIALS: WWW.MATHISONS.COM

A SERVICE CHARGE OF 1½% PER MONTH (18% PER ANNUM) WILL BE CHARGED ON ALL ACCOUNTS OVER 30 DAYS OLD FROM DATE OF INVOICE. MINIMUM 50¢

PLEASE PAY FROM THIS INVOICE

PLEASE REMIT TO:  MATHISON CO.
P.O. BOX 333
FARGO, ND 58107-0333

| SUBTOTAL | 94.20 |
|---|---|
| TAX | 5.66 |
| TOTAL | 99.86 |

# INVOICE

## Mathison Company

PH. 800-437-4744   FARGO   BISMARCK   SIOUX FALLS
FAX 800-830-0280   SIOUX CITY   OMAHA

RETURNED GOODS: Authorization should be obtained before returning goods for credit. If acceptable, all goods in saleable condition will be subject to a 15% restocking fee.
SHIPMENTS: Please note condition of goods before signing carriers receipt. All claims for loss or damage should be made to them. All claims for shortages must be made within 10 days.
F.O.B. POINT: ALL PRICES ARE F.O.B. SHIPPING POINT UNLESS OTHERWISE STATED
TERMS: NET 30 DAYS   ORIGINAL

SOLD TO:
WOODS FULLER SCHULTZ & SMITH
300 SOUTH PHILLIPS #300
SIOUX FALLS   SD 57102

SHIP TO:
WOODS FULLER SCHULTZ & SMITH
300 SOUTH PHILLIPS #300
SIOUX FALLS   SD 57102

| PAY CODE | INVOICE NUMBER | CUSTOMER NO | INVOICE DATE | SOLD BY | SHIP VIA | P.O. NUMBER | FED I.D. NUMBER | PAGE |
|---|---|---|---|---|---|---|---|---|
| CHARGE | 760012-0 | 53350 | 04/20/12 | 200 | PU | | 45-0279818 | 1 |

| ITEM NUMBER | CO. | DESCRIPTION | ORDER | B/O | SHIP | UNIT PRICE | NET PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| MOUNT | | MTH MOUNTING | 7 | | 7 | 51.000 LT | 51.000 | 357.00 |
| GRAPHICS | | MTH LARGE COLOR GRAPHICS | 7 | | 7 | 43.200 LT | 43.200 | 302.40 |

36308-TRS

PAID APR 24 2012

*Donna Jahr*

SEE A CURRENT LIST OF SPECIALS: WWW.MATHISONS.COM

A SERVICE CHARGE OF 1½% PER MONTH (18% PER ANNUM) WILL BE CHARGED ON ALL ACCOUNTS OVER 30 DAYS OLD FROM DATE OF INVOICE. MINIMUM 50c

PLEASE PAY FROM THIS INVOICE

**PLEASE REMIT TO:** MATHISON CO.
P.O. BOX 333
FARGO, ND 58107-0333

| | |
|---|---|
| SUBTOTAL | 659.40 |
| TAX | 39.57 |
| TOTAL | 698.97 |